UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| United States of America, | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | 3:18-cr-146-LSC-SRW |
| James Edgar Benson, | ] | |
| Defendant. | ] | |

**Order**

On July 16, 2018, the magistrate judge entered a report and recommendation recommending that the defendant's motion to suppress (doc. 18) be denied. (Doc. 36.) No objections were filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the defendant's motion to suppress (doc. 18) is hereby DENIED.

**DONE** AND **ORDERED** ON AUGUST 14, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

1